

FILED
SUPERIOR COURT
OF GUAM

2022 MAR 17 PM 3: 15

CLERK OF COURT

BY:_____

IN THE SUPERIOR COURT OF GUAM

TAKAKO B. GUTHRIE AND JOSEPH A. GUTHRIE ET AL, Petitioners/Plaintiffs,

v.

BOARD OF TRUSTEES OF THE GOVERNMENT OF GUAM RETIREMENT FUND, Respondents/Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

SPECIAL PROCEEDINGS NO. SP0094-20

DECISION AND ORDER RE: MOTION TO QUASH DISCOVERY

This matter came before the court upon the Government of Guam Retirement Fund motion to quash discovery served on behalf of Petitioners/Plaintiffs Takako B. Guthrie and Joseph A. Guthrie. Oral argument was held on March 1, 2022. At the hearing it was determined that there are no disputed facts and the issues before the court are a matter of law. The attorney for the Guthries also agreed that there were no factual disputes in this case and that the appeal from the administrative decision was based on a question of law. The Guthries do not claim that the record before the court is incomplete . The Court has already dismissed the Complaint for Declaratory Relief styled as a class action.

Guam Rule of Civil Procedure 26(a) (1) (E) (xx) provides that proceedings for writs are exempt from initial discovery requirements "unless otherwise ordered by the court." Rule 26(b)(1) provides that the scope of discovery includes any matter, not privileged that is relevant to the claim or defense of any party but shall be limited if the burden or expense of the

proposed discovery outweighs its likely benefit. *Chargualaf v Gov't of Guam Ret. Fund*, 2021 Guam 17, ¶ 31-32. The Court agrees with the Government of Guam Retirement Fund that if allowed to conduct the discovery regarding other members of the fund, it would involve extensive discovery of the confidential files of hundreds of retirees who are not connected to this case. Therefore the Motion to Quash and request for a protective order is granted.

It is so ordered March 17, 2022

MARIA G. FITZPATRICK
**Judge Pro Tempore**
**Superior Court of Guam**

**SERVICE VIA E-MAIL**
I acknowledge that an electronic copy of the original was e-mailed to:

TELGER, CAMACHE CALVO
CARLSMITH

Date: _____ Time: 3/17/22

Joseph Bamba, Jr.

Deputy Clerk, Superior Court of Guam